# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MOBILE HEALTH INNOVATIVE SOLUTIONS, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**APPLE INC.**<br><br>    Defendant. | CASE NO. 2:24-cv-00014-JRG |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Mobile Health Innovative Solutions, LLC, and Defendant Apple Inc. ("Apple") hereby stipulate to the dismissal of all of Plaintiff's claims with prejudice. Each Party will bear its own costs, expenses, and attorneys' fees.

Dated:  April 1, 2024

/s/ *Randall Garteiser*
Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

/s/ *Sarah R. Frazier*
Sarah R. Frazier (*pro hac vice*)
Sarah B. Petty (*pro hac vice*)
Courtney C. Merrill (*pro hac vice*)
sarah.frazier@wilmerhale.com
sarah.petty@wilmerhale.com
courtney.merrill@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (*pro hac vice*)
Joseph F. Haag (*pro hac vice*)

*Attorneys for Plaintiff*

Thomas G. Sprankling (*pro hac vice*)
Jungyeon Kim (*pro hac vice*)
mark.selwyn@wilmerhale.com
joseph.haag@wilmerhale.com
thomas.sprankling@wilmerhale.com
john.kim@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA  94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Steven Horn (*pro hac vice*)
steven.horn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Vikram Iyer (*pro hac vice*)
vikram.iyer@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Defendant Apple Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Joint Stipulation, and counsel is agreed to the relief requested herein.

*/s/ Randall Garteiser*
Randall Garteiser

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing using the Court's Case Management and Electronic Case Filing system, which will send notification of such filing to counsel of record in this action registered with the Court's system. Those counsel not registered with the Court's system will receive service via electronic and U.S. Mail.

*/s/ Randall Garteiser*
Randall Garteiser