IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILE HEALTH INNOVATIVE SOLUTIONS, LLC, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:24-CV-00014-JRG |
| APPLE INC., | § § § § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the FRCP 41(a)(1)(A)(i) Dismissal with Prejudice (the "Notice") filed by Mobile Health Innoative Solutions, LLC ("Plaintiff"). (Dkt. No. 20.) In the Notice, Plaintiff dismisses the above-captioned action against Defendant Apple Inc. ("Defendant") with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Apr 3, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE